**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDRES BARRENO**

    **Plaintiffs,**

v.                                                                                       Case No: 8:18-cv-970-T-35SPF

**GRADY JUDD, Sheriff, in his official capacity,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Uncontested Motion for Voluntary Dismissal with Prejudice. (Dkt. 59) Therein, Plaintiff seeks an Order dismissing this case with prejudice, with each party to bear its own attorney's fees and costs. (Id.)

Generally, a plaintiff may dismiss an action without a court order any time before the opposing party has served an answer or moved for summary judgment or by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Eleventh Circuit has established that the "district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." Pontenberg v. Bos. Sci. Corp., 252 F.3d 1253, 1255 (11th Cir. 2001). Plaintiff represents that he has, "based upon personal considerations, decided not to pursue this action." (Dkt. 59) Plaintiff further certifies that Defendant does not oppose the relief sought. (Id.)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

- 2 -

1. Plaintiff's Uncontested Motion for Voluntary Dismissal with Prejudice, (Dkt. 59), is **GRANTED**;

2. This case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter.

3. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 13th day of September, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party